MICHAEL BAILEY
United States Attorney
District of Arizona
JARED KREAMER HOPE
Assistant U.S. Attorney
Arizona State Bar No. 025575
United States Courthouse
405 W. Congress Street, Suite 4800
Tucson, Arizona 85701
Telephone: 520-620-7300
Email: Jared.Kreamer.Hope@usdoj.gov
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br>Plaintiff,<br>vs.<br>Jesse Lee Simon,<br>Defendant. | 20-mj-01929-N/A-BGM<br><br>RESPONSE TO MOTION TO REVIEW DETENTION ORDER |

The United States of America, by and through its undersigned attorneys, respectfully requests the Court deny Defendant's motion and order Defendant detained for the following reasons.

1. **Defendant committed this offense while on release for a home burglary.**

As noted in the Pretrial Services report, Defendant was on release for a felony home burglary case in CR20202430. *PTS report, p. 6.* This factor obviously shows Defendant's inability to abide by conditions of supervision.

2. **Defendant has previously committed multiple felonies while on probation and parole.**

As PTS notes, Defendant was convicted of a residential burglary and a non residential burglary in 2008 while on release for two other felony cases. *Id, p. 4-5.* This shows Defendant's commission of this offense while on release is not an isolated incident.

3. **Defendant has previously violated probation and parole.**

As PTS notes, in prior felony cases, Defendant violated probation supervision by committing new crimes, then violated his parole supervision. *Id.*

**4. Defendant has multiple failures to appear and outstanding warrants.**

As PTS notes, Defendant has a history of failing to appear for court. *Id, p. 3-6.* Further, Defendant appears to have at least two current order to show cause hearings related to nonappearance and nonpayment of fines. *Id, p. 5-6.*

**5. Defendant has a significant criminal history.**

Defendant has previously been convicted of a number of felony offenses, including a significant number of home burglaries. *Id, p. 3-6.* Defendant's criminal conduct has been relatively constant since 2007. *Id.*

**6. Defendant's substance abuse.**

Defendant admits to having used methamphetamine prior to the instant offense and having a history of methamphetamine use. *Id, p. 3.*

**7. The facts of the case.**

In this case, Defendant was stopped driving a vehicle with six aliens in the rear seat. Defendant admitted post-Miranda to knowing the people had illegally entered the United States.

Respectfully submitted this 17th day of November, 2020.

MICHAEL BAILEY
United States Attorney
District of Arizona

*s/ Jared Kreamer Hope*

JARED KREAMER HOPE
Assistant U.S. Attorney

Copy of the foregoing served electronically or by
other means this 17th day of November, 2020, to:

Phillip Kimble, Esq.