☒ FILED ☐ LODGED
5/25/2021
CLERK U.S. DISTRICT COURT
DISTRICT OF ARIZONA

# United States District Court
for
District of Arizona

**U. S. A. vs. Jesse Lee Simon**
**Docket No. 4:20-mj-01929-N/A-BGM-1**
**AUSA: Jared Benjamin Kreamer Hope**
**Defense Attorney: Philip Kimble**

T-SEALED

## PETITION FOR ACTION ON CONDITIONS OF PRETRIAL RELEASE

COMES NOW **CRISTINA VERDUGO**, PRETRIAL SERVICES OFFICER, of the Court presenting an official report upon the conduct and attitude of releasee: Jesse Lee Simon, who was released by the Honorable Bruce G. Macdonald sitting in the Court at Tucson, on the 28th day of December, 2020, who fixed bail at personal recognizance and imposed the general terms and conditions of bail release adopted by the Court and also imposed special conditions as follows:

**PLEASE REFER TO THE ORDER SETTING CONDITIONS OF RELEASE**

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

**ALLEGED VIOLATION:**

**1)The defendant shall report as directed to the U.S. Pretrial Services.**

The defendant failed to report telephonically to Pretrial Services on May 15, 2021, as directed. Numerous attempts to reach him via telephone, text message and collateral contacts have been unsuccessful.

**2)The defendant shall not use or possess a narcotic drug or other controlled substance (as defined by 21 U.S.C. § 802) unless prescribed for the defendant by a licensed medical practitioner; this provision does not permit the use or possession of medicinal marijuana even with a physician's written certification. The defendant shall not possess, ingest, or otherwise use a synthetic cannabinoid or synthetic narcotic. The defendant shall participate in drug treatment and submit to drug testing and make copayment toward the cost of such services, as directed by Pretrial Services. The defendant shall not obstruct or attempt to obstruct or tamper, in any fashion, with the efficiency and accuracy of any substance use testing or monitoring.**

The defendant failed to report in person to the Pretrial Services office on May 14, 2021, and May 17, 2021, as directed. Numerous attempts to reach him via telephone, text message and collateral contacts have been unsuccessful.

**3)The defendant failed to reside at an inpatient substance use treatment facility or a halfway house, as deemed appropriate, and shall follow all program requirement including the directions of staff members. The defendant is required to make a copayment toward the cost of services as directed by Pretrial Services. The U.S. Marshal Service is authorized, if requested by the program director or an authorized staff member, to remove the defendant from the program for noncompliance at any time including evenings, weekends, and holidays and place the defendant in temporary custody pending court proceedings. Upon completion, the defendant is allowed to reside at a residence approved by Pretrial Services.**

CC: USMS (2cc), AUSA, PTS

On May 17, 2021, the house manager from the Hillman House, Travis Ramey, informed the defendant has not resided at the Hillman House per their contract. Mr. Ramey indicated the defendant has not reported to him for the past three weeks and the defendant has avoided meeting with him as directed.

**AFFIDAVIT AND PETITION PRAYING THAT THE COURT WILL ORDER A WARRANT BE ISSUED.**

In conformance with the provisions of 28 U.S.C. § 1746, I declare under penalty of perjury, that the foregoing is true and correct to the best of my knowledge. Based on the information presented that the defendant has violated conditions of release, I am petitioning the Court to issue a warrant.

Cristina Verdugo
U.S. Pretrial Services Officer

May 20, 2021
**Date**

**Reviewed by**

Ana Angulo
Supervisory U.S. Pretrial Services Officer

May 20, 2021
**Date**

**ORDER OF COURT**

I find there is probable cause to believe the defendant has violated conditions of release, supported by the above affirmation given under penalty of perjury. The Court orders the issuance of a warrant. Considered and ordered this 25th day of May, 2021, and ordered filed and made a part of the records in the above case.

**The Honorable BRUCE G. MACDONALD**
**U.S. Magistrate Judge**