GLENN B. McCORMICK
Acting United States Attorney
District of Arizona
JARED KREAMER HOPE
Assistant U.S. Attorney
State Bar No.: 025575
United States Courthouse
405 W. Congress Street, Suite 4800
Tucson, Arizona 85701
Telephone: 520-620-7300
Email: jared.kreamer.hope@usdoj.gov
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br>Plaintiff,<br>vs.<br>Jesse Lee Simon,<br>Defendant. | Mag. No. 20-01929M(BGM)<br>I N F O R M A T I O N<br>Violation: 8 U.S.C. § 1324(a)(1)(A)(v)(I)<br>8 U.S.C. § 1324(a)(1)(A)(ii)<br>(Conspiracy to Transport Illegal Aliens)<br>**Felony** |

THE UNITED STATES ATTORNEY'S OFFICE CHARGES:

From a date unknown to on or about September 23, 2020, in the District of Arizona, Jesse Lee Simon, did knowingly and intentionally combine, conspire, confederate, and agree with various persons known and unknown, to transport and move Roberto Valdez-Roman and Marco Antonio Esquivel-Alvarez, illegal aliens, within the United States by means of transportation or otherwise, in furtherance of such violation of law, all in violation of Title 8, United States Code, Sections 1324(a)(1)(A)(v)(I) and 1324(a)(1)(A)(ii).

GLENN B. McCORMICK
Acting United States Attorney
District of Arizona

JARED KREAMER HOPE
Digitally signed by JARED KREAMER HOPE
Date: 2021.05.12 09:15:50 -07'00'

Date

JARED KREAMER HOPE
Assistant U.S. Attorney

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>Plaintiff,<br><br>vs.<br><br>Jesse Lee Simon,<br><br>Defendant. | Case No. 20-01929M(BGM)<br><br>WAIVER OF INDICTMENT |

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year. I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date: 7.28.21

Jesse Lee Simon
Defendant

Philip Kimble, Esq.
Attorney for the Defendant

United States Magistrate Judge