AO 455 (Rev. 01/09) Waiver of an Indictment

FILED
RECEIVED
LODGED
COPY
JUL 30 2021
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY DEPUTY

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

United States of America,

Plaintiff,

vs.

Jesse Lee Simon,

Defendant.

CR 21-1812-SHR(BGM)

Case No. 20-01929M(BGM)

WAIVER OF INDICTMENT

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year. I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date: 7.28.21

Jesse Lee Simon
Defendant

Philip Kimble, Esq.
Attorney for the Defendant

United States Magistrate Judge