GLENN B. McCORMICK
Acting United States Attorney
District of Arizona
JARED KREAMER HOPE
Assistant U.S. Attorney
State Bar No.: 025575
United States Courthouse
405 W. Congress Street, Suite 4800
Tucson, Arizona 85701
Telephone: 520-620-7300
Email: jared.kreamer.hope@usdoj.gov
Attorneys for Plaintiff

✓ FILED ___ LODGED
___ RECEIVED ___ COPY
JUL 30 2021
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY ___ DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

CR 21-1812-SHR (BGM)

| | |
|---|---|
| United States of America, Plaintiff, | Mag. No. 20-01929M(BGM) |
| vs. | **INFORMATION** |
| Jesse Lee Simon, Defendant. | Violation: 8 U.S.C. § 1324(a)(1)(A)(v)(I) 8 U.S.C. § 1324(a)(1)(A)(ii) (Conspiracy to Transport Illegal Aliens) **Felony** |

THE UNITED STATES ATTORNEY'S OFFICE CHARGES:

From a date unknown to on or about September 23, 2020, in the District of Arizona, Jesse Lee Simon, did knowingly and intentionally combine, conspire, confederate, and agree with various persons known and unknown, to transport and move Roberto Valdez-Roman and Marco Antonio Esquivel-Alvarez, illegal aliens, within the United States by means of transportation or otherwise, in furtherance of such violation of law, all in violation of Title 8, United States Code, Sections 1324(a)(1)(A)(v)(I) and 1324(a)(1)(A)(ii).

GLENN B. McCORMICK
Acting United States Attorney
District of Arizona

JARED KREAMER HOPE Digitally signed by JARED KREAMER HOPE Date: 2021.05.12 09:15:50 -07'00'

_______________
Date

JARED KREAMER HOPE
Assistant U.S. Attorney