GLENN B. McCORMICK
Acting United States Attorney
District of Arizona
JARED KREAMER HOPE
Assistant U.S. Attorney
Arizona State Bar No. 025575
United States Courthouse
405 W. Congress Street, Suite 4800
Tucson, Arizona 85701
Telephone: 520-620-7300
Email: Jared.Kreamer.Hope@usdoj.gov
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br>Plaintiff,<br>vs.<br>Jesse Lee Simon,<br>Defendant. | 21-cr-01812-SHR-1<br><br>SENTENCING MEMORANDUM |

The United States of America, by and through its undersigned attorneys, hereby submits the following sentencing memorandum in the above-captioned matter. This matter is set for sentencing before the Honorable Scott Rash on November 1, 2021.

Having reviewed the findings and recommendations in the Presentence Investigation Report (PSR), the government has no objection to the guideline calculations and respectfully requests that this Court accept the plea agreement entered into by the parties in this matter.[1] Consistent with our office policy, the government will not withdraw

[1] The draft PSR does not give acceptance of responsibility and assesses a two level enhancement for obstruction of justice. The government does not contest this is legally allowable, however, did not include either in the plea. This is due to the unique circumstance of Covid-19, which led to circumstances where Grand Jury was shut down, then tremendously backlogged. Defendant's absconder period spanned this shutdown and backlog, so it is difficult to say he delayed justice, as he pled pre-indictment when he was located. As such, while the government does not object to the calculation, it requests the Court sentence under the plea agreement and simply assess the high end of the guideline range.

from the plea agreement should Defendant seek, and the Court grant, a variance from the advisory sentencing guidelines.

The government recommends a sentence of 21 months imprisonment followed by 3 years of supervised release.

As the PSR notes, the Defendant has a substantial history of criminal conduct. (PSR ¶ 29-33). These prior felonies include a variety of theft and drug offenses, most concerningly a home burglary from 2008 in which Defendant took a firearm and had it on him when the homeowner confronted him. (PSR ¶ 31). Defendant also has three pending cases, two misdemeanors and one felony, another burglary. (PSR ¶ 48-50). Commission of this offense while on release for those cases is another concerning factor in Defendant's noteworthy criminal history.

A sentence of 21 months imprisonment is consistent with the application of the sentencing factors outlined in 18 U.S.C. § 3553(a). It takes into consideration the defendant's characteristics, including the defendant's criminal history, reflects the seriousness of the defendant's conduct, promotes respect for the law, and provides a just punishment that would afford adequate deterrence while protecting the public from further crimes of Defendant.

Respectfully submitted this 28th day of September, 2021.

GLENN B. McCORMICK
Acting United States Attorney
District of Arizona

*s/ Jared Kreamer Hope*

JARED KREAMER HOPE
Assistant U.S. Attorney

Copy of the foregoing served electronically or by other means this 28th day of September, 2021, to:

Phillip Kimble, Esq.

Katia C. Cook, USPO