**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA**

**United States of America**

v.

**Jesse Lee Simon**

**No. CR-21-01812-001-TUC-SHR (BGM)**

**JUDGMENT AND COMMITMENT REVOCATION OF SUPERVISED RELEASE**

Philip Kimble (CJA)
Attorney for Defendant

USM#: 10057-509

On 12/17/2021 the defendant, present with counsel, appeared for sentencing for violating, Title 8 U.S.C. §1324(a)(1)(A)(v)(I) and 8 U.S.C. §1324(a)(1)(A)(ii), Conspiracy to Transport Illegal Aliens, Class D Felony offense, as charged in the Information.

The defendant was sentenced to a term of **THIRTEEN (13) MONTHS** imprisonment and upon release, **THIRTY-SIX (36) MONTHS** of supervised release to follow.

On 6/22/2023 the United States Probation Office filed a petition to revoke the term of supervised release.

On 3/25/2025 the defendant appeared with counsel and admitted allegation B as reflected in the petition to revoke filed in this matter. The matter now comes on for disposition.

**IT IS ORDERED** that the term of supervised release imposed on 12/17/2021 is hereby **REVOKED** and the defendant is committed to the custody of the Bureau of Prisons for a term of **SIX (6) MONTHS** and upon release, **TWENTY-FOUR (24) MONTHS** of supervised release to follow.

**IT IS FURTHER ORDERED** that all remaining allegations are dismissed.

**SPECIAL CONDITIONS**

In addition to the mandatory and standard conditions of supervised release pursuant to General Order 17-18, the defendant shall also comply with the following special conditions:

1) You must participate as instructed by the probation officer in a program of substance abuse treatment, which may include testing for substance abuse. If substance use treatment includes inpatient treatment and you object, the probation officer must seek court authorization first. You must contribute to the cost of treatment in an amount to be determined by the probation officer.
2) You must submit your person, property, house, residence, vehicle, papers, or office to a search conducted by a probation officer. Failure to submit to a search may be grounds for revocation of release. You must warn any other occupants that the premises may be subject to searches pursuant to this condition.

3) You must participate in a mental health assessment and participate in outpatient mental health treatment as determined to be necessary by a medical or mental health professional and follow any treatment directions by the treatment provider. You must take medicine as prescribed by a medical professional providing mental health treatment, unless you object, in which event you must immediately notify the probation officer. You must contribute to the cost of treatment in an amount to be determined by the probation officer.

4) You must reside at and participate in a Residential Reentry Center, a residential substance abuse treatment program, a sober-living environment, or any combination thereof as approved and directed by the probation officer for up to 180 days, unless discharged earlier by the probation officer. You must follow all rules and regulations. You must contribute to programming costs in an amount determined by the probation officer.

5) You must not use or possess alcohol or alcoholic beverages.

The Court affirms any previous order imposing special assessment, fine or restitution in this case.

**IT IS FURTHER ORDERED** that the defendant is given credit for time served.

**THE DEFENDANT IS ADVISED OF DEFENDANT'S RIGHT TO APPEAL BY FILING A NOTICE OF APPEAL IN WRITING WITHIN 14 DAYS OF ENTRY OF JUDGMENT.**

The Court orders commitment to the custody of the Bureau of Prisons.

Date of Imposition of Sentence: **Friday, June 27, 2025**

Dated this 27th day of June, 2025.

Honorable Scott H. Rash
United States District Judge